# EXHIBIT A

**Exhibit A to the Complaint**

**Location:** Chicago, IL  **IP Address:** 67.173.11.167
**Total Works Infringed:** 49  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | ADC062DD01DFE5C93FD175411952A10858AE31D5 | Tushy | 10/03/2018 04:56:21 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 2 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 12/28/2017 06:18:47 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 3 | 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C | Vixen | 07/27/2018 23:09:33 | 07/23/2018 | 09/01/2018 | 16920689213 |
| 4 | 07A71D8AB8A0645049C16B98A28538E06A009D7B | Vixen | 09/24/2018 18:47:16 | 09/21/2018 | 11/01/2018 | 17093751804 |
| 5 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 09/04/2018 06:37:26 | 07/19/2018 | 09/01/2018 | 16920689708 |
| 6 | 1562051A82BF38DF5A876319EF81058CD3571E80 | Tushy | 04/15/2018 15:49:09 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 7 | 15A2129FAB744BA2D1EB159A3ED6423752ECC306 | Tushy | 04/04/2018 03:07:21 | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 8 | 1D3C4E5D3BC8C277A7728459A56D47ECFE6AD240 | Tushy | 01/19/2018 03:28:22 | 01/16/2018 | 01/24/2018 | PA0002101757 |
| 9 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | Blacked Raw | 09/16/2018 01:46:50 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 10 | 245E7595EAF9BD032DBBCC7121C46D91F6011AA6 | Tushy | 06/06/2018 22:25:00 | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 11 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | Vixen | 05/31/2018 01:01:27 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 12 | 2A960A6B8F66D6BB2EFFB0E3BE931CF9C97881E0 | Tushy | 01/07/2018 23:56:46 | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 13 | 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44 | Tushy | 01/19/2018 03:29:43 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 14 | 2E72092B0B63BE9DDE5FCE742CB522B62857ABCA | Tushy | 03/25/2018 18:49:14 | 03/22/2018 | 04/17/2018 | PA0002116092 |
| 15 | 30293B90DEB57F77C9A59445F145E9BAB6CD8AD5 | Tushy | 06/30/2018 19:56:30 | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 16 | 31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB | Tushy | 05/07/2018 21:30:20 | 05/06/2018 | 06/19/2018 | PA0002126449 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 02/09/2018 07:37:44 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 18 | 3BF616A8556DA6801124C26EA864439649D28569 | Vixen | 08/18/2018 12:18:15 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 19 | 3FDB875896D423571DEA77440A0E1559101EA486 | Tushy | 03/31/2018 16:01:31 | 03/27/2018 | 04/17/2018 | PA0002116065 |
| 20 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 08/05/2018 17:03:30 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 21 | 4646051A610C0D79644F84275F3138356FA1A355 | Tushy | 08/05/2018 17:01:13 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 22 | 4C0A6860372B31EAD5CF0A781499B0EE7BDF31AD | Tushy | 01/26/2018 02:51:49 | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 23 | 5F6FB8DFB2DFD2AC9E2B50F5AEE4780448746B4F | Tushy | 06/11/2018 23:30:05 | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 24 | 60FEB3E4F343965C4C847A6F071D77F52C61BB52 | Tushy | 09/24/2018 19:19:02 | 09/23/2018 | 11/01/2018 | 17093751754 |
| 25 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 03/25/2018 18:47:43 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 26 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | Tushy | 08/12/2018 03:47:09 | 08/09/2018 | 09/01/2018 | 16920689855 |
| 27 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 03/25/2018 18:37:28 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 28 | 6F163C383995F829D551524573789A6FEC5C22D5 | Vixen | 06/04/2018 21:24:49 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 29 | 6F3ECC6B6F2049CB91A3321964BC886A73A62994 | Tushy | 09/12/2018 02:56:14 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 30 | 729F4F046005EFDCD2954C73FC9786EA9522F034 | Blacked | 05/23/2018 02:02:25 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 31 | 7927D991B118B583CD71828F2F63A12B4635B5E7 | Tushy | 05/31/2018 02:13:46 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 32 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/05/2018 14:46:49 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 33 | 93549317257A2157F77D68D6A18E486F3C583672 | Tushy | 06/28/2018 03:05:35 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 34 | 9E23D180CE13A745D888960C51567F094143E3F7 | Tushy | 04/23/2018 16:10:12 | 04/21/2018 | 05/23/2018 | PA0002101309 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | A7D8E54FCF615F5675572AF2E5F6B353CC2DE331 | Tushy | 08/25/2018 02:45:39 | 08/24/2018 | 11/01/2018 | 17094105531 |
| 36 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | Blacked | 09/15/2018 20:10:42 | 09/12/2018 | 11/01/2018 | 17093717893 |
| 37 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 02/09/2018 03:13:43 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 38 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | Vixen | 09/10/2018 19:34:53 | 09/06/2018 | 11/01/2018 | 17093718131 |
| 39 | C4705CDBE06284FCCC4E7C0AFA85554E5CE10645 | Tushy | 04/09/2018 16:14:35 | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 40 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 12/28/2017 06:46:03 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 41 | D26115D8966BF3A672651C119BBE178A9C1A7D82 | Tushy | 07/20/2018 00:39:25 | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 42 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 12/28/2017 06:47:54 | 12/07/2017 | 01/04/2018 | PA0002097494 |
| 43 | D4BB512F8C0AE6A2925772036D1AD41CDC088861 | Vixen | 10/03/2018 04:55:24 | 10/01/2018 | 11/01/2018 | 17094105431 |
| 44 | D870E9A9EFB570C5601C29A4E0E1167ED5E3ABA4 | Tushy | 05/31/2018 00:17:50 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 45 | DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38 | Tushy | 07/14/2018 05:42:07 | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 46 | E8FDE02B470854F96FE03570C920B30F274A14E2 | Tushy | 08/18/2018 12:17:01 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 47 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | Tushy | 06/04/2018 21:15:57 | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 48 | FDF2C8AE50747F233C8E1FAA401D78348A23859C | Tushy | 05/14/2018 20:49:22 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 49 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | Vixen | 08/27/2018 06:39:49 | 08/07/2018 | 09/01/2018 | 16920624128 |