# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:18-cv-07486 |
| JOHN DOE subscriber assigned IP address 67.173.11.167, | ) ) Judge Thomas M. Durkin ) ) |
| Defendant. | ) ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 67.173.11.167, are voluntarily dismissed with prejudice.

Dated:  February 11, 2019          Respectfully submitted,

FOX ROTHSCHILD LLP

By: /s/ Marc C. Smith
Marc C. Smith, Esq. (6189574)
mcsmith@foxrothschild.com
353 N. Clark Street, Suite 3650
Chicago, Illinois 60654
Tel:  (312) 517-9200
Fax:  (312) 517-9201

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Marc C. Smith
Marc C. Smith, Esq. (6189574)
