# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Strike 3 Holdings, LLC

                        Plaintiff,

v.                                              Case No.: 1:18−cv−07486

                                               Honorable Thomas M. Durkin

JOHN DOE subscriber assigned IP address 67.173.11.167

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to notice of dismissal, this action is hereby dismissed with prejudice. The 3/14/2019 status date is stricken. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.